AO 467 (Rev. 01/09) Order Requiring a Defendant to Appear in the District Where Charges are Pending and Transferring Bail

FILED
ENTERED                    RECEIVED
COUNSEL/PARTIES OF RECORD

JUN - 7 '19

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____ DEPUTY

# UNITED STATES DISTRICT COURT
### for the
_____ District of Nevada

United States of America

v.

Nader Zannad

_Defendant_

)
)
)
)
)
)

Case No. 2:18-mj-431-CWH

Charging District: Eastern District of Missouri

Charging District's Case No. 4:19-cr-411-RLW

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT
## WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. If the time to appear in that court has not yet been set, the defendant must appear when notified to do so. Otherwise, the time and place to appear in that court are:

| Place: U.S. District Court, 116 S.10th St. St. Louis, MO 63102 | Courtroom No.: Judge Bodenhausen's |
| | Date and Time: July 18, 2019, 1:30 p.m. |

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Date: June 7, 2019

_____
_Judge's signature_

C.W. HOFFMAN, JR., U.S. MAGISTRATE JUDGE
_Printed name and title_